**EXHIBIT F**

**CONSENT TO ENTER JUDGMENT FOR POSSESSION (TENANT VACATES)**

| | |
|---|---|
| Plaintiff<br>Harary Group, LLC<br>v.<br><br>Defendant<br>Hong Kong Supermarket of East Brunswick, LLC | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION: SPECIAL CIVIL PART<br>Middlesex COUNTY<br>LANDLORD-TENANT DIVISION<br>DOCKET # LT - 7381-18<br><br>CONSENT TO ENTER JUDGMENT (TENANT REQUIRED TO VACATE) |

**THE TENANT AND LANDLORD HEREBY AGREE THAT:**

1. The Tenant **AGREES TO THE IMMEDIATE ENTRY OF A JUDGMENT FOR POSSESSION AND THAT THE WARRANT OF REMOVAL MAY ISSUE AND BE SERVED UPON THE TENANT AT THE LANDLORD'S REQUEST, AS PERMITTED BY LAW. THE LANDLORD AGREES THAT THE WARRANT OF REMOVAL CANNOT BE EXECUTED (NO EVICTION) UNTIL 11/15/18** ("THE MOVE OUT DATE"), UNLESS THE TENANT FAILS TO COMPLY WITH PARAGRAPH 2(B).

    FILED
    OCT 10 2018
    J. RANDALL CORMAN, J.S.C.

2. Check one of the following:

    A. _X_ The Tenant shall pay no money, or

    B. ____ The Tenant shall pay $ _____, as follows:

    \* Landlord reserves the right to bring a separate action for recovery of amounts due

3. A. If the Tenant does not make all payments required in paragraph 2(B) of this Agreement, the Tenant agrees that the Landlord, with notice to the Tenant, can file a certification stating when and what the breach was and that the warrant of removal can then be executed upon, as permitted by law, prior to the agreed upon MOVE OUT DATE.

    B. **EVEN IF THE TENANT DOES MAKE ALL PAYMENTS REQUIRED IN PARAGRAPH 2(B), TENANT STILL AGREES TO MOVE NO LATER THAN _____. IF THE TENANT DOES NOT MOVE BY THAT DATE, LANDLORD CAN HAVE THE TENANT EVICTED, AS PERMITTED BY LAW. THE 30 DAY PERIOD TO EXECUTE UPON A WARRANT OF REMOVAL IS AGREED BETWEEN THE LANDLORD AND TENANT TO BE EXTENDED TO INCORPORATE THE MOVE OUT DATE.**

DATE: 10/10/18

_____  _____
Landlord's Attorney           Tenant's Attorney

Harary Group, LLC             Hong Kong Supermarket
Landlord                      Tenant

**NOTE: THE CERTIFICATION BY LANDLORD AND THE CERTIFICATION OF LANDLORD'S ATTORNEY (IF THE LANDLORD HAS AN ATTORNEY) ARE ATTACHED HERETO.**

Revised 09/04/2012, CN 10515-English (Appendix XI-W)

J. RANDALL CORMAN, J.S.C.