UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re:

   MYINT KYAW a/k/a JEFFREY WU,

Case No. 8:20-72407(reg)
Chapter 11

                                Debtor(s).
-----------------------------------------------------------------x
HARARY GROUP, LLC,

                                Plaintiff,

Adv. Pro. No. 8:20-08162(reg)

       - against -
MYINT KYAW a/k/a JEFFREY WU,


                                Defendant(s).
-----------------------------------------------------------------x

## **INITIAL PRETRIAL ORDER**

       Discovery shall be completed on or before  **March 31, 2021**.

       Any dispositive motions shall be filed on or before **April 30, 2021** or the relief sought in such motions shall be deemed to have been waived.

       Any motions to amend the pleadings or to join other parties shall be filed on or before **January 31, 2021**.

       A final pretrial conference will be held on **May 3, 2021**, at **9:30am** in Courtroom 860, United States Bankruptcy Court, Central Islip, New York. In the event a dispositive motion is filed, the Court will adjourn the final pretrial conference to the date of such hearing. At the final pretrial conference, the Court will issue a Final Pretrial Order scheduling the deadline for filing a joint pretrial memorandum and scheduling a trial date.



Dated: Central Islip, New York
       December 9, 2020

                                        **Robert E. Grossman**
                               **United States Bankruptcy Judge**