UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                          :
In re                                     :    Chapter 11
                                          :
MYINT KYAW a/k/a JEFFREY WU,              :    Case No. 8:20-72407(reg)
                                          :
        Debtor.                           :
                                          :
------------------------------------------------------------x
------------------------------------------------------------x
                                          :
HARARY GROUP, LLC,                        :
                                          :    Adv. Pro. No. 8:20-08162(reg)
        Plaintiff,                        :
                                          :
v.                                        :
                                          :
MYINT KYAW a/k/a JEFFREY WU,              :
                                          :
        Defendant.                        :
------------------------------------------------------------x

## FIRST AMENDED PRE-TRIAL ORDER

WHEREAS, on December 9, 2020, the Court entered the Initial Pretrial Order in this matter;

WHEREAS, subject to that date, Plaintiff Harary Group, LLC ("Plaintiff") and Defendant Myint Kyaw a/k/a Jeffrey Wu ("Defendant") exchanged discovery demands and initial discovery responses;

WHEREAS, Defendant requested an extension of time to respond to Plaintiff's discovery demands, such that Plaintiff did not receive responses to its discovery demands until March 8, 2021, leaving insufficient time for the parties to conduct depositions in advance of the March 31, 2021 discovery deadline;

WHEREAS, disputes have arisen regarding the sufficiency of the discovery responses which the parties are attempting to resolve amicably;

WHEREAS, in light of the delay in receiving paper discovery and the outstanding disputes, additional time will be necessary for the parties to complete discovery; and

WHEREAS, the Plaintiff and Defendant have reached an agreement with respect to a proposed revised schedule for the completion of discovery, including depositions, as evidenced by the parties' counsel's respective signatures below, subject to approval by the Court:

**IT IS HEREBY ORDERED THAT:**

1. All discovery, including the taking of depositions, shall be completed by no later than **May 28, 2021**.

2. Any dispositive motions shall be filed on or before **June 30, 2021** or the relief sought in such motions shall be deemed to have been waived.

3. A final pre-trial conference will be held on July 14, 2021 at 1:30 pm in Courtroom 860, United States Bankruptcy Court, Central Islip, New York. In the event a dispositive motion is filed, the Court will adjourn the final pretrial conference to the date of such hearing. At the final pretrial conference, the Court will issue a Final Pretrial Order scheduling the deadline for filing a joint pretrial memorandum and scheduling a trial date.

ANSELL GRIMM & AARON, P.C.  
Attorneys for Plaintiff

By: _____  
Anthony J. D'Artiglio, Esq.

WEINBERG, GROSS & PERGAMENT, LLP  
Attorneys for Defendant

By: _____  
Marc Pergament, Esq.



**Dated: Central Islip, New York**
**March 23, 2021**

_____
**Robert E. Grossman**
**United States Bankruptcy Judge**

091420.000002.71080912