| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**EASTERN DISTRICT OF NEW YORK**<br>ANSELL GRIMM & AARON, P.C.<br>Joshua S. Bauchner, Esq.<br>Ansell Grimm & Aaron, P.C.<br>365 Rifle Camp Road<br>Woodland Park, New Jersey 07424<br>*Attorneys for Harary Group, LLC* | |
| In re:<br><br>MYINT KYAW, a/k/a JEFFREY WU,<br><br>        Debtor. | Case No.: 820-72407-REG<br><br>Chapter 11<br><br>Honorable Robert E. Grossman,<br>U.S.B.J. |
| HARARY GROUP, LLC,<br><br>        Plaintiff,<br><br>   v.<br><br>MYINT KYAW, a/k/a JEFFREY WU,<br><br>        Defendant. | Adv. Pro. No. 8:20-08162-REG<br><br>**Hearing Date: May 24, 2021** |

## **PLAINTIFF'S MOTION TO COMPEL DISCOVERY**

Plaintiff, Harary Group, LLC, ("Plaintiff") by and through the undersigned counsel and pursuant to Rule 37 of the Federal Rules of Civil Procedure and Rule 7037 of the Federal Rules of Bankruptcy Procedure, hereby submits this Notice of Motion to Compel Discovery, Memorandum of Law in Support of its Motion, and Certification of Anthony J. D'Artiglio, Esq. As set forth in the motion, Plaintiff requests that the Court compel Defendant, Myint Kyaw, a/k/a Jeffrey Wu to produce and respond to Plaintiff's Discovery Demands, extend the Discovery End Date, and grant such other and further relief to which Plaintiff may show itself justly entitled.

Dated: May 7, 2021                      Respectfully submitted,

                                               **ANSELL GRIMM & AARON, P.C.**

                                   By:   /s/ *Anthony J. D'Artiglio*
                                              Anthony J. D'Artiglio, Esq.

                                            365 Rifle Camp Road
                                            Woodland Park, New Jersey 07424
                                            Tel: 973.247.9000
                                            Email: ajd@ansellgrimm.com

                                     *Attorneys for Plaintiff, Harary Group, LLC*