**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------x
:
**In re**                                          :    **Chapter 11**
:
**MYINT KYAW a/k/a JEFFREY WU,**                   :    **Case No. 8:20-72407(reg)**
:
       **Debtor.**                                  :
:
-------------------------------------------------------x
-------------------------------------------------------x
:
**HARARY GROUP, LLC,**                             :
:    **Adv. Pro. No. 8:20-08162(reg)**
       **Plaintiff,**                               :
:
**v.**                                             :
:
**MYINT KYAW a/k/a JEFFREY WU,**                   :
:
       **Defendant.**                               :
-------------------------------------------------------x

**ORDER COMPELLING DISCOVERY**
**AND EXTENDING THE DISCOVERY END DATE**

WHEREAS, this matter having come before the Court upon application of Anthony J. D'Artiglio, Esq., of the firm of Ansell Grimm & Aaron, P.C., on behalf of Plaintiff Harary Group, LLC ("Plaintiff") for an Order compelling Defendant Myint Kyaw a/k/a Jeffrey Wu ("Defendant") to produce discovery and extending the discovery end date by sixty days, and the Court having considered the papers submitted, and the arguments of counsel, if necessary, and for other good cause having been shown;

**IT IS HEREBY ORDERED THAT:**

Plaintiff's Motion for an Order compelling Defendant to produce outstanding discovery within is GRANTED;

Within ten (10) days of the entry of this Order, Defendant shall produce to Plaintiff the information and documents requested by Plaintiff in the following discovery demands: Interrogatory Nos. 5, 12, 15, 17, and 23 and Document Request Nos. 6, 9, 10, 11, 12, 13, 14, 16, 21, 22, 26, 27, 28, 29, 30, 32, 33, 34, 35, 36, 37, 39, 42, and 43;

All discovery, including the taking of depositions, shall be completed by no later than **July 27, 2021**;

Any dispositive motions shall be filed on or before **August 30, 2021** or the relief sought in such motions shall be deemed to have been waived; and

A final pre-trial conference will be held on _____ at _____ in Courtroom 860, United States Bankruptcy Court, Central Islip, New York.  In the event a dispositive motion is filed, the Court will adjourn the final pretrial conference to the date of such hearing.  At the final pretrial conference, the Court will issue a Final Pretrial Order scheduling the deadline for filing a joint pretrial memorandum and scheduling a trial date.


Dated: _____, 2021
　　　　New York, New York

                               THE HONORABLE ROBERT E. GROSSMAN
                               UNITED STATES BANKRUPTCY JUDGE