# Weinberg, Gross & Pergament LLP

## ATTORNEYS AT LAW

Suite 403
400 Garden City Plaza
Garden City, New York 11530

Marc A. Pergament
*Partner*

Telephone: (516) 877-2424 Ext. 226
Facsimile: (516) 877-2460
Email: mpergament@wgplaw.com

May 18, 2021

<u>VIA ECF</u>
Honorable Robert E. Grossman
United States Bankruptcy Judge
United States Bankruptcy Court
Alfonse M. D'Amato Courthouse
290 Federal Plaza
Central Islip, New York 11722

          Re:    Myint Kyaw a/k/a Jeffrey Wu
                 Case No. 820-72407-A736
                 Harary Group, LLC v. Myint Kyaw a/k/a
                 Jeffrey Wu
                 <u>Adv. Proc. No. 820-08162-A736</u>

Dear Judge Grossman:

        This firm is counsel to the Debtor-Defendant in the above-referenced adversary proceeding.

        This letter is written with the consent of Plaintiff's counsel as the parties are jointly requesting that Your Honor adjourn the motion to compel discovery that is scheduled for May 24, 2021 for thirty (30) days and extend the discovery deadlines to July 31, 2021. The reason for this joint request is that the parties have had substantial settlement discussions over the past thirty (30) days and have made substantial progress in narrowing the dispute and both sides are optimistic that a settlement will be finalized within the next thirty (30) days.

        The parties request the discovery extension in case the settlement is not finalized as the parties are trying to minimize their clients' respective litigation costs.

                                                      Respectfully yours,

                                                      Marc A. Pergament

MAP:cb

cc:    Via E-Mail - ajd@ansellgrimm.com
        Anthony J. D'Artiglio, Esq.
        Ansell Grimm & Aaron